153 A.3d 207

IN THE MATTER OF ALFIO S. LANUTO, AN ATTORNEY AT LAW (ATTORNEY NO. 046611989)

FEBRUARY 08, 2017

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 15–412, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **ALFIO S. LANUTO** of **BAYONNE**, who was admitted to the bar of this State in 1989, should be reprimanded based on his convictions in municipal court for disorderly persons offenses of obstruction of law and resisting arrest, conduct that violates *RPC* 8.4(b)(conduct involving the commission of a criminal act that reflects adversely on honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **ALFIO S. LANUTO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.